Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Ahmed Alhamed*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED ALHAMED,<br><br>  Plaintiff,<br><br>v.<br><br>FALCK USA, INC. f/k/a CARE AMBULANCE SERVICES, INC.; and CMRE FINANCIAL SERVICES, INC.<br><br>  Defendants. | Case No.: 2:23-cv-08657-AH-JCx<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANTS FALCK USA, INC. f/k/a CARE AMBULANCE SERVICES, INC; AND CMRE FINANCIAL SERVICES, INC. [ [28]  [JS-6]** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendants Falck Mobile Health Corp. dba Care Ambulance Services, Inc., improperly named herein as Falck USA, Inc. f/k/a Care Ambulance Services, Inc; and CMRE Financial Services, Inc. ("Defendants"), and good cause appearing.

**IT IS ORDERED** that the Stipulation is **GRANTED.**

/ / /

The above-entitled matter is hereby dismissed with prejudice against Defendants Falck Mobile Health Corp. dba Care Ambulance Services, Inc., improperly named herein as Falck USA, Inc. f/k/a Care Ambulance Services, Inc; and CMRE Financial Services, Inc.

**IT IS ORDERED.**

Dated: DECEMBER 20, 2024

_____
Hon. Anne Hwang
United States District Judge